■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY J. LEWICKI, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Dillon, J.—attempted burglary, third degree.) Present—Doerr, J. P., Denman, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS PORTER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Heffron, J.—criminal trespass, second degree.) Present —Doerr, J. P., Denman, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY C., Appellant.—Adjudication unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from adjudication of Supreme Court, Erie County, Marshall, J.—youthful offender.) Present —Doerr, J. P., Denman, Green, O'Donnell and Schnepp, JJ.

■ AARON M. ZIMMERMAN, Appellant, v EAGAN REAL ESTATE, INC., Respondent.—Appeal unanimously dismissed, without costs *(see, Ellingsworth v City of Watertown,* 113 AD2d 1013). (Appeal from order of Onondaga County Court, Cunningham, J.—summary judgment.) Present—Doerr, J. P., Denman, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY NORWOOD, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Wolfgang, J.—burglary, third degree.) Present —Dillon, P. J., Callahan, Denman, Pine and Schnepp, JJ.